UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERMAN SANTILLANES,<br><br>Defendant. | Cr. No. 3:26-cr-86<br><br>**MOTION TO WITHDRAW** |

Comes now Christopher P. Bellmore, Assistant Federal Public Defender, and moves this Honorable Court for its Order permitting him, on behalf of the Office of the Federal Public Defender, District of North Dakota, to withdraw as counsel for Defendant herein, having been appointed on May 4, 2026.

A newly-discovered conflict of interest prevents the Federal Public Defender from representing Defendant.

WHEREFORE, the undersigned asks that the Federal Public Defender for the District of South Dakota and North Dakota be permitted to withdraw as counsel for Defendant, and that counsel be appointed for Defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006.

Dated this 5th day of May, 2026.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:


 /s/   Christopher P. Bellmore
Christopher P. Bellmore
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile:  701-239-5098
filinguser_SDND@fd.org