**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>GERMAN SANTILLANES,<br><br>              Defendant. | **REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 807(b)**<br><br>Case No.:3:26-cr-86 |

[¶ 1]    The Defendant above-named, German Santillanes, by and through his undersigned attorney, Scott Patrick Brand, requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 807(b), of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Rule 807 of the Federal Rules of Evidence sufficiently in advance of trial so the Defendant is afforded a fair opportunity to contest the use of the evidence. The Defendant requests that notice of any evidence subject to the requirements of FED. R. EVID. 807 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than fifteen (15) days before trial.

      Dated this 12th day of  May, 2026.

                                      *Scott Patrick Brand*

                                    **Scott Patrick Brand**
                                    **N.D. Bar I.D.:  07287**
                                    NILSON BRAND LAW
                                    Attorney for the Defendant
                                    5141 44th St. S.
                                    Fargo, ND 58104
                                    Phone: (701) 786 – 6040
                                    Email:  scott@nilsonbrandlaw.com