**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>  v.<br><br>GERMAN SANTILLANES,<br><br>                    Defendant. | **MOTION TO EXTEND DEADLINE TO RESPOND TO EX PARTE ORDER**<br><br>Case No.: 3:26-cr-00086 |

[¶ 1]    Comes now the Defendant, German Santillanes, by and through his attorney, Scott Patrick Brand, and respectfully ask the Court for an extension to respond to the Ex Parte Regarding Appointment of Counsel. This motion is made because counsel for the Defendant is still in the process of obtaining information regarding the home owned by the Defendant. Counsel requests a two week extension for this response.

       Dated this 29th day of May, 2026.

*Scott Patrick Brand*
**Scott Patrick Brand**
**N.D. Bar I.D.:  07287**
NILSON BRAND LAW
Attorney for the Defendant
5141 44th St S
Fargo, ND 58104
Phone: (701) 786 – 6040
Email:  scott@nilsonbrandlaw.com