# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

United States of America,  )
              Plaintiff,  )
        v.                 ) Case No. 3:26cr-86-1
Galileo Hermes,            )
              Defendant,   )

## REQUEST TO PROCEED PRO SE AND FOR A FARETTA HEARING

I, I Galileo Hermes, respectfully request that this Court permit me to exercise my constitutional right to represent myself (Pro se) in the above-captioned matter, while appointing standby counsel to assist if necessary.

The Sixth Amendment to the United States Constitution guarantees a criminal defendant both the right to counsel and the right of self-representation when that right is knowingly, intelligently, and voluntarily waived. The United States Supreme Court recognized this constitutional right in Faretta v. California, 422 U.S. 806 (1975).

2/2

I hereby state that it is my desire to waive my right to appointed counsel and proceed pro se. This request is made knowingly, intelligently, voluntarily and without coercion. I understand that self-representation carries significant responsibilities and potential disadvantages, but I nevertheless wish to exercise my constitutional right to represent myself.

Accordingly, I request that the Court:

Conduct a Faretta hearing to determine whether my waiver of counsel is knowing, intelligent, and voluntary;
Permit me to proceed pro se in this matter; and
Appoint standby counsel to assist the Court and provide assistance if needed during the proceedings.

I appreciate the Court's consideration of this request.

Respectfully submitted,

Galileo Flemmes,
Defendant Pro Se (Requested)