**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**EASTERN DIVISION**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>German Santillanes, a/k/a Reyes Santillanes, a/k/a Galileo Hermes; and Alexander Arenas Santillanes,<br><br>Defendant. | **MOTION TO CONTINUE JURY TRIAL**<br><br>Case No.: 3:26-CR-086 |

Defendant, Alexander Arenas Santillanes, by and through his attorney of record, Taylor Kuznia, Barkus Law Firm, P.C., 3431 4th Avenue South, Suite 201, Fargo North Dakota 58103, moves this Honorable Court to continue the Jury Trial set to begin November 3, 2026.

Defense Counsel requests additional time to discuss potential resolution with the Defendant.

Attorney Katie Nechiporenko for the United States does not object to this continuance request.

Wherefore, Alexander Arenas Santillanes respectfully requests a continuance of his Jury Trial that is currently scheduled to begin November 3, 2026.

Dated this 19th day of October, 2026.

Respectfully submitted,

BARKUS LAW FIRM, P.C.

Taylor Kuznia, ND ID #09829
3431 4th Avenue South, Suite 201
Fargo, North Dakota 58103
Tele: 701-532-2498
Email: taylor@barkuslawfirm.com
Eservice: eservice@barkuslawfirm.com
ATTORNEY FOR DEFENDANT